# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-2420

**Caption [use short title]**

**Motion for:** Leave to File Corrected Brief of Appellants

Andy Warhol Foundation for the Visual Arts, Inc.

v.

Goldsmith

Set forth below precise, complete statement of relief sought:

At the request of appellee the Andy Warhol Foundation for the Visual Arts, Inc., appellants Lynn Goldsmith and Lynn Goldsmith, Ltd. respectfully move for leave to file a corrected copy of the publicly filed version of their opening brief in order to remove certain redactions.

**MOVING PARTY:** Lynn Goldsmith and Lynn Goldsmith, Ltd.   **OPPOSING PARTY:** Andy Warhol Foundation for the Visual Arts, Inc.

[✔] Plaintiff   [✔] Defendant
[✔] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Katherine Moran Meeks   **OPPOSING ATTORNEY:** Luke Nikas

[name of attorney, with firm, address, phone number and e-mail]

Williams & Connolly LLP   Quinn Emanuel Urquhart & Sullivan, LLP
725 12th Street NW   51 Madison Avenue, 22nd Floor
Washington, DC 20005   New York, NY 10010

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York (Hon. John G. Koeltl)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain):

Opposing counsel's position on motion:
[✔] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [✔] No   [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes   [ ] No
Has this relief been previously sought in this court?   [ ] Yes   [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   [ ] Yes   [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes   [✔] No   If yes, enter date:

**Signature of Moving Attorney:**

/s/Katherine Moran Meeks   **Date:** 12/26/2019   Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

---

**Form T-1080** (rev.12-13)

# In the United States Court Of Appeals for the Second Circuit

---

No. 19-2420

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,
PLAINTIFF–COUNTER-DEFENDANT–APPELLEE

*v.*

LYNN GOLDSMITH AND LYNN GOLDSMITH, LTD.,
DEFENDANTS–COUNTER-CLAIMANTS–APPELLANTS.

---

**CONSENT MOTION TO FILE CORRECTED BRIEF OF APPELLANTS**

---

Appellants Lynn Goldsmith and Lynn Goldsmith, Ltd. filed their opening brief in this case under seal and posted a redacted copy to the Court's public docket. Appellants respectfully move for permission to file a revised copy of their publicly filed brief only—not the under-seal copy—in order to redact fewer passages. Appellants had made each of these redactions in order to protect the confidentiality interests of their opposing party, the Andy Warhol Foundation for the Visual Arts, Inc., based on information that had been filed under seal in the district court. However, counsel for the Foundation contacted counsel for appellants to request that certain portions of the brief be made public. The parties have agreed that these redactions should be removed. The redactions were limited in the first instance, and these changes will result in nearly all of the brief being made available to the public. No substantive changes will be made.

Appellants timely filed and served their under-seal brief on November 15, 2019, and timely filed and served their redacted brief on November 27, 2019. The Foundation's response brief is due February 14, 2020. No oral argument date has been set. The parties agree that removing the redactions from the public copy of appellants' opening brief will cause no delay in the briefing schedule.

All parties consent.

Respectfully submitted,

/s/Katherine Moran Meeks

LISA S. BLATT
THOMAS G. HENTOFF
KATHERINE MORAN MEEKS
WILLIAMS & CONNOLLY LLP
   *725 Twelfth Street, N.W.*
   *Washington, DC 20005*
   *Telephone: (202) 434-5000*
   *lblatt@wc.com*
   *thentoff@wc.com*
   *kmeeks@wc.com*

   *Counsel for Appellants Lynn Goldsmith and Lynn Goldsmith, Ltd.*

Dated: December 26, 2019

# CERTIFICATE OF SERVICE

I, Katherine Moran Meeks, hereby certify that on December 26, 2019, I filed the foregoing Motion to File Corrected Brief of Appellants through this Court's CM/ECF system, that counsel for all parties are registered CM/ECF users, and that service of all parties will be accomplished through the CM/ECF system.

/s/ Katherine Moran Meeks
*Counsel for Appellants Lynn Goldsmith and*
*Lynn Goldsmith, Ltd.*
