MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-2420

**Caption [use short title]**

**Motion for:** Extension of Time to File Answering Brief

The Andy Warhol Foundation for the Visual Arts, Inc.

v.

Lynn Goldsmith and Lynn Goldsmith, Ltd.

Set forth below precise, complete statement of relief sought:

Appellee respectfully requests a 7-day extension of time to to file its answering brief, to and including February 21, 2020. Appellants consent to the requested extension, in connection with their forthcoming request for a 21-day extension of time to file their reply brief, to and including April 3, 2020, to which Appellee has consented.

**MOVING PARTY:** Appellee Andy Warhol Foundation for the Visual Arts, Inc.   **OPPOSING PARTY:** Appellants Lynn Goldsmith and Lynn Goldsmith Ltd.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Luke Nikas   **OPPOSING ATTORNEY:** Katherine Moran Meeks

[name of attorney, with firm, address, phone number and e-mail]

Quinn Emanuel Urquhart & Sullivan, LLP   Williams & Connolly LLP
51 Madison Avenue, 22nd Floor   725 12th Street NW
New York, NY 10010   Washington, DC 20005

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York (Hon. John G. Koeltl)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Luke Nikas   **Date:** 02/05/2020   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# In The United States Court of Appeals For the Second Circuit

No. 19-2420

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,
*Plaintiff-Counter-Defendant-Appellee*

*v.*

LYNN GOLDSMITH AND LYNN GOLDSMITH, LTD.,
*Defendants-Counter-Claimants-Appellants.*

**DECLARATION OF LUKE NIKAS IN SUPPORT OF APPELLEE'S UNOPPOSED MOTION FOR A 7-DAY EXTENSION OF TIME TO FILE APPELLEE'S ANSWERING BRIEF**

Luke Nikas hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and duly admitted to practice in this Court. I represent Plaintiff-Counter-Defendant-Appellee The Andy Warhol Foundation for the Visual Arts, Inc. ("AWF") in the above-captioned case, and I submit this declaration in support of AWF's unopposed motion for a 7-day extension of time in which to file its answering brief in this case, to and including February 21, 2020.

2. Defendants-Counter-Claimants-Appellants Lynn Goldsmith and Lynn Goldsmith, Ltd. ("Appellants") filed an opening brief on November 15, 2019.

With the Court's permission, Appellants filed a corrected opening brief on January 3, 2020.

3. Pursuant to the Court's December 2, 2019 Order, AWF is due to file an answering brief on February 14, 2020.

4. Under Fed. R. App. P. 31(a)(1) and this Court's Rule 31.2(b), Appellants' reply brief would be due on March 6, 2020. On February 4, 2020, Appellants requested AWF's consent to a 21-day extension of time in which to file their reply brief, due to the press of professional obligations of their legal team. I understand that Appellants' motion for an extension is forthcoming in a separate filing.

5. AWF has consented to Appellants' request for a 21-day extension of time in which to file their reply brief.

6. In light Appellants' forthcoming request, as well as substantial professional obligations among myself and the members of AWF's legal team— including, for example, a two-day settlement mediation in which I am participating in Portland, Maine on February 4-5, 2020; a CLE presentation for the Federal Bar Association's Art Law & Litigation Conference that I am delivering on February 6, 2020; a deposition I am taking on Friday, February 7, 2020 in a pending arbitration before the AAA; an Answer to Counterclaims in *Morgan Art Foundation Ltd. v. McKenzie*, Case No. 1:18-cv-8231 (S.D.N.Y.) that I and my

legal team are required to file on February 11, 2020; and our involvement in a Second Circuit appeal scheduled for oral argument on February 13, 2020 in *Horror Inc. v. Miller,* No. 18-3123-cv—AWF respectfully requests a 7-day extension of time in which to file its answering brief.

7. Appellants have consented to AWF's requested extension.

8. The granting of AWF's requested 7-day extension, and concomitant granting of Appellants' forthcoming request for a 21-day extension to file their reply brief, would result in: (1) AWF's deadline to file its answering brief being extended up to and including February 21, 2020; and (2) Appellants' deadline to file their reply brief being extended up to and including April 3, 2020.

9. This is AWF's first motion for an extension in this matter. The motion is not made for the purpose of delay, there is good cause, and (as noted) Appellants consent to the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 5, 2020

/s/ Luke Nikas
Luke Nikas
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
lukenikas@quinnemanuel.com

*Counsel for Appellee The Andy Warhol Foundation for the Visual Arts, Inc.*

**CERTIFICATE OF SERVICE**

I, Luke Nikas, hereby certify that on February 5, 2020, I filed the foregoing Motion for Extension of Time to File Appellee's Answering Brief through this Court's CM/ECF system, that counsel for all parties are registered CM/ECF users, and that service of all parties will be accomplished through the CM/ECF system.

<u>/s/ Luke Nikas</u>
Luke Nikas
*Counsel for Appellee The Andy Warhol Foundation for the Visual Arts, Inc.*
