**MOTION INFORMATION STATEMENT**

Docket Number(s): __19-2420-CV_____        _____Caption [use short title]_____

Motion for: __Leave to File Brief As Amici Curiae In__          Andy Warhol Foundation for the Visual Arts, Inc.

__Support of Appellee and Affirmance of the District Court__                              v.

_____          Lynn Goldsmith, Ltd.

Set forth below precise, complete statement of relief sought:

__Movants seek to file brief as amicus curiae for purposes__

__of supporting Appellee Andy Warhol Foundation for the__

__Visual Arts, Inc. and affirmance of the district court's__

__order below granting summary judgment to Appellee.__

_____

_____

MOVING PARTY:__Amici Curiae Law Professors_____        OPPOSING PARTY:__N/A_____

☐ Plaintiff            ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY:__Christopher T. Bavitz_____     OPPOSING ATTORNEY:__N/A_____

[name of attorney, with firm, address, phone number and e-mail]

__Cyberlaw Clinic, Harvard Law School_____     _____

__1585 Massachusetts Avenue, Suite WCC 5018, Cambridge, MA 02138__     _____

__(617) 496-5155 | cbavitz@law.harvard.edu_____     _____

Court- Judge/ Agency appealed from: __Honorable John G. Koeltl, United States District Court for the Southern District of New York__

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:   _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

__Christopher T. Bavitz_____ Date:__Feb 28, 2020_____   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

# 19-2420-CV

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,
*Plaintiff-Counter-Defendant-Appellee,*

v.

LYNN GOLDSMITH, LYNN GOLDSMITH, LTD.,
*Defendants-Counter-Claimants-Appellants.*

On Appeal from the United States District Court
for the Southern District of New York
Civ. No. 17-2532
Hon. John G. Koeltl

## MOTION OF LAW PROFESSORS FOR LEAVE TO
## FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF APPELLEE
## AND AFFIRMANCE OF THE DISTRICT COURT

Dated: February 28, 2020

Christopher T. Bavitz
Cyberlaw Clinic, Harvard Law School
Wasserstein Hall, Suite WCC 5018
1585 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-5155
cbavitz@law.harvard.edu

Counsel for *Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Law Professors Jonathan Askin, Oren Bracha, Sonya G. Bonneau, Dr. Carys J. Craig, James Gibson, James Grimmelmann, Laura A. Heymann, Stacey M. Lantagne, Mark Lemley, Jessica Litman, Zahr K. Said, Jessica Silbey, Rebecca Tushnet, and Jennifer M. Urban respectfully request leave of this Court to file the attached brief as *amici curiae* in support of Appellee Andy Warhol Foundation for the Visual Arts, Inc. These filings are made with the consent of both parties.

The proposed *amici curiae* (hereinafter "*amici*") are scholars whose expertise is in copyright law. Although *amici* strongly support the finding of the Honorable District Court Judge John G. Koeltl, they write here to emphasize that this case can be decided on the ground that Andy Warhol's works in the Prince Series are not substantially similar to the photographs taken by Lynn Goldsmith.

In the proposed brief, *amici* seek to aid the Court's consideration of this appeal in two ways. First, by discussing how this case may be decided using this Court's traditional infringement analysis. Second, by providing reasons why traditional infringement analysis is a more fundamental ground to adjudicate this dispute than fair use.

For the foregoing reasons, *amici* respectfully request the Court's permission to file the accompanying brief.

Dated: February 28, 2020                     Respectfully submitted,


                                             /s/Christopher T. Bavitz
                                             Christopher T. Bavitz
                                             Cyberlaw Clinic, Harvard Law School
                                             Wasserstein Hall, Suite 5018
                                             1585 Massachusetts Avenue
                                             Cambridge, MA 02138
                                             (617) 496-5155
                                             cbavitz@law.harvard.edu

                                             Counsel for *Amici Curiae*