UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 19-2420

**Caption [use short title]**

**Motion for:** Appellee's Unopposed Motion for Extension of Time To File a Petition for Panel Rehearing and Rehearing En Banc

The Andy Warhol Foundation for the Visual Arts, Inc.

v.

Lynn Goldsmith and Lynn Goldsmith, Ltd.

**Set forth below precise, complete statement of relief sought:**
Appellee moves for a 14-day extension to time, to and including April 23, 2021, within which to file a petition for panel rehearing and rehearing en banc, which appellants do not oppose.

**MOVING PARTY:** Appellee The Andy Warhol Foundation for the Visual Arts, Inc.
☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☑ Appellee/Respondent

**OPPOSING PARTY:** Appellants Lynn Goldsmith and Lynn Goldsmith, Ltd.

**MOVING ATTORNEY:** Luke Nikas
**OPPOSING ATTORNEY:** Thomas G. Hentoff
[name of attorney, with firm, address, phone number and e-mail]

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Hon. John G. Koeltl)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Luke Nikas  **Date:** 03/31/2021  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

# In The United States Court of Appeals For the Second Circuit

No. 19-2420

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,
*Plaintiff-Counter-Defendant-Appellee*

*v.*

LYNN GOLDSMITH AND LYNN GOLDSMITH, LTD.,
*Defendants-Counter-Claimants-Appellants.*

**DECLARATION OF LUKE NIKAS IN SUPPORT OF APPELLEE'S UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE A PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Luke Nikas hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and duly admitted to practice in this Court. I represent Plaintiff-Counter-Defendant-Appellee The Andy Warhol Foundation for the Visual Arts, Inc. ("AWF") in the above-captioned case. I submit this declaration in support of AWF's unopposed motion for a 14-day extension of time in which to file a petition for panel rehearing and rehearing en banc, to and including April 23, 2021.

2. On March 26, 2021, this Court issued a 56-page opinion (accompanied by two concurrences): (1) reversing the district court's grant of summary judgment to AWF, concluding that sixteen silkscreens and illustrations

1

of the musician Prince were not fair uses under 17 U.S.C. § 107 as a matter of law; and (2) holding that those works are substantially similar to appellants' photograph as a matter of law. Pursuant to Fed. R. App. P. 35(c) and 40(a)(1), absent an extension, a petition for panel rehearing and rehearing en banc would be due on April 9, 2020.

3. AWF respectfully requests an extension of time of 14 (fourteen) days, to and including April 23, 2021, within which to file its petition for panel rehearing and rehearing en banc. Specifically, I have substantial professional obligations through the current April 9, 2021 deadline, including: a full-day mediation on March 31; an oral argument scheduled for April 8 in *Napoli v. Bern*, No. 161423/2015 (N.Y. Sup. Ct.); and a board meeting on behalf of a client on April 9. Moreover, it was not possible for me to anticipate that these commitments would fall within the deadline for AWF to file its petition for panel rehearing and rehearing en banc. AWF therefore submits there is good cause for the requested short 14-day extension.

4. This is AWF's first motion for an extension of time to file its petition for panel rehearing and rehearing en banc.

5. Appellants consent to AWF's requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 31, 2021

                                              /s/ Luke Nikas
                                              Luke Nikas
                                              QUINN EMANUEL URQUHART
                                                 & SULLIVAN, LLP
                                              51 Madison Avenue, 22nd Floor
                                              New York, New York 10010
                                              Telephone: (212) 849-7000
                                              lukenikas@quinnemanuel.com

                                              *Counsel for Plaintiff-Counter-Defendant-Appellee The Andy Warhol Foundation for the Visual Arts, Inc.*

# CERTIFICATE OF SERVICE

I, Luke Nikas, hereby certify that on March 31, 2021, I filed the foregoing Appellee's Unopposed Motion for a 14-Day Extension of Time to File a Petition for Panel Rehearing and Rehearing En Banc through this Court's CM/ECF system, that counsel for all parties are registered CM/ECF users, and that service of all parties will be accomplished through the CM/ECF system.

/s/ Luke Nikas
Luke Nikas
*Counsel for Plaintiff-Counter-Defendant-Appellee The Andy Warhol Foundation for the Visual Arts, Inc.*