# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-one.

PRESENT: DENNIS JACOBS,
               GERARD E. LYNCH,
               RICHARD J. SULLIVAN,
                      *Circuit Judges*.

_____

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.

                      *Plaintiff-Counter-*
                      *Defendant-Appellee*,

v.                                           No.    19-2420-cv

LYNN GOLDSMITH, LYNN GOLDSMITH, LTD.,

                      *Defendants-Counter-*
                      *Plaintiffs-Appellants*.

_____

Plaintiff-Counter-Defendant-Appellee The Andy Warhol Foundation for the Visual Arts, Inc. ("The Foundation") petitions for panel rehearing or, in the alternative, for rehearing *en banc*. Upon due consideration, it is hereby ORDERED that, within fourteen days of the date of this order, Defendants-Counter-Plaintiffs-Appellants Lynn Goldsmith and Lynn Goldsmith, Ltd. shall file a response to The Foundation's petition, not to exceed 3,900 words in length, solely addressing the impact, if any, of *Google LLC v. Oracle Am., Inc.*, 141 S. Ct. 1183 (2021), on the appropriate disposition of this appeal.

The Foundation may file a reply to that response, limited to that same topic and not to exceed 2,000 words, no later than seven days after the response has been filed.

                                           FOR THE COURT:
                                           CATHERINE O'HAGAN WOLFE, Clerk of Court