# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-one.

Before:    Richard J. Sullivan,
           *Circuit Judge*.

------------------------------------------------

| | |
|---|---|
| The Andy Warhol Foundation For The Visual Arts, Inc., | **ORDER** |
| Plaintiff-Counter-Defendant-Appellee, | Docket No. 19-2420 |
| v. | |
| Lynn Goldsmith, Lynn Goldsmith, Ltd., | |
| Defendants-Counter-Claimants-Appellants. | |

------------------------------------------------

The Robert Rauschenberg Foundation, Roy Lichtenstein Foundation, Whitney Museum of American Art, Museum of Modern Art, and The Solomon R. Guggenheim Foundation move for leave to file a brief as amici curiae in support of Appellee's petition for panel rehearing and rehearing *en banc*.

Professor Amy Adler moves for leave to file a brief as amicus curiae in support of Appellee's petition for panel rehearing and rehearing *en banc*.

Sixty Intellectual Property Scholars move for leave to file a brief as amici curiae in support of Appellee's petition for panel rehearing and rehearing *en banc*.

IT IS HEREBY ORDERED that all three motions seeking leave to file amicus briefs are GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

