# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 20, 2023

Clerk
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Andy Warhol Found., Inc.
v. Lynn Goldsmith, et al.
No. 21-869 (Your docket No. 19-2420)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

Enc.
cc: All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 20, 2023

Mr. Roman Martinez, Esq.
Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004

Ms. Lisa Schiavo Blatt, Esq.
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024

**Re: Andy Warhol Found., Inc.**
**v. Lynn Goldsmith, et al.**
**No. 21-869**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc: Clerk, 2nd Cir.
(Your docket No. 19-2420)

# Supreme Court of the United States

**No. 21–869**

**ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,**

Petitioner

**v.**

**LYNN GOLDSMITH, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

May 18, 2023

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States